UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHIGAN VISION INSTITUTE, PLLC; YSH AMELIA LLC D/B/A AMELIA PLAZA APARTMENTS; MS AUJLA LLC D/B/A MARATHON GAS STATION, | |
| Plaintiffs, | Case No. 25-cv-11454 |
| v. | Hon. F. Kay Behm |
| REPUBLIC SERVICES, INC.; TRI-COUNTY REFUSE SERVICE, INC. d/b/a AW OF FLINT, REPUBLIC SERVICES OF FLINT, SYNERGY ENVIRONMENTAL; REPUBLIC SERVICES OF OHIO HAULING LLC d/b/a/ CSO WASTE SERVICES; BFI WASTE SERVICES OF INDIANA, LP d/b/a ALLIED WASTE SERVICES OF ALKHART, REPUBLIC SERVICES OF ELKHART, | Mag. Elizabeth A. Stafford |
| Defendants. | |

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel, that:

1. All Plaintiffs' claims against all Defendants are **DISMISSED WITHOUT PREJUDICE**; and

2. All parties will bear their own attorney fees and costs.

WHEREFORE, based on the Parties' stipulation, **IT IS SO ORDERED.**

Dated: December 15, 2025          s/F. Kay Behm
                                                   F. Kay Behm
                                                   United States District Judge

**STIPULATED AS TO FORM AND CONTENT:**

| | |
|---|---|
| By: */s/ Oscar Price, IV* (w/permission) <br> Oscar Price, IV <br> Price Armstrong, LLC <br> 1919 Cahaba Road <br> Birmingham, AL 35223 <br> 205-527-6511 <br> oscar@pricearmstrong.com <br><br> Angela L. Jackson (P53930) <br> HOOPER HATHAWAY, P.C. <br> 126 South Main Street <br> Ann Arbor, MI 48104 <br> (734) 662-4426 <br> ajackson@hooperhathaway.com <br><br> *Attorneys for Plaintiffs* | By: */s/ Joel C. Bryant* <br> Thomas W. Cranmer (P25252) <br> Joel C. Bryant (P79506) <br> MILLER, CANFIELD, PADDOCK AND STONE, PLC <br> 101 N. Main Street, 7th Floor <br> Ann Arbor, MI 48104 <br> (734) 663-2445 <br> cranmer@millercanfield.com <br> bryant@millercanfield.com <br> *Attorneys for Defendants* |